IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHNNY ORTIZ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   CIVIL NO. 06-037-MJR |
| | ) |
| **JACKSON COUNTY, ILLINOIS,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**MEMORANDUM AND ORDER**

**REAGAN, District Judge:**

Plaintiff filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (Doc. 2), but he did not submit a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the complaint as required by § 1915(a)(1). In an order entered February 1, 2006, the Court directed him to file that document within 30 days (Doc. 4). To date, Plaintiff has not complied with that order.

Instead, on April 4, 2006, Plaintiff filed a motion to compel (Doc. 5). In this motion, he seeks injunctive relief with respect to law library access at Menard in order to pursue his litigation efforts.[1] The Court cannot see how law library access is relevant to *this* action at this point in the litigation; Plaintiff does not need to spend time in the law library in order to provide the Court with a copy of his trust fund statement, which is the *only* matter of timely significance in this action. Accordingly, the motion to compel is **DENIED**.

---

[1] This motion was filed in two other cases in this District. *See Ortiz v. Kilquist*, Case No. 01-075-DRH (S.D. Ill., filed Feb. 5, 2001) and *Ortiz v. Kilquist*, Case No. 03-011-DRH (S.D. Ill., filed Jan. 7, 2003).

Giving Plaintiff the benefit of the doubt, the Court **GRANTS** him an additional **THIRTY (30) DAYS**, *through and including May 19, 2006*, to provide the Court with a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff is **ADVISED** that in the event he has been transferred among institutions during this six-month period, it is Plaintiff's responsibility to obtain a copy of his prison trust account statement from each such facility and to forward it to the Court. Plaintiff is **FURTHER ADVISED** that his obligation to pay the filing fee for this action was incurred at the time the action was filed; such an obligation will exist whether or not Plaintiff is granted leave to proceed *in forma pauperis.* 28 U.S.C. § 1915(b)(1); *see also Lucien v. Jockisch,* 133 F.3d 464, 467 (7th Cir. 1998).

**IT IS FURTHER ORDERED** that if Plaintiff fails to provide the Court with this information *by May 19, 2006*, as required by federal statute and orders of this Court, this case *will be closed* for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**

**DATED this 19th day of April, 2006.**

                                        **s/ Michael J. Reagan**
                                        **MICHAEL J. REAGAN**
                                        **United States District Judge**