IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHNNY ORTIZ,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 06-037-MJR** |
| ) | |
| **JACKSON COUNTY, ILLINOIS,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**MEMORANDUM AND ORDER**

**REAGAN, District Judge:**

Plaintiff filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (Doc. 2), but he did not submit a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the complaint as required by § 1915(a)(1). In an order entered February 1, 2006, the Court directed him to file that document within 30 days (Doc. 4). The Court subsequently denied his motion to compel (Doc. 5), and gave him an additional 30 days to file his trust fund statement (*see* Doc. 6). Plaintiff has now filed a response to that order (Doc. 7) in which he claims that he did, in fact, file a copy of his trust fund statement, but that the statement may have been filed only in another case pending in this District.

The Court notes that a trust fund statement was filed on February 7, 2006, in that other case. *See Ortiz v. Kilquist*, Case No. 01-cv-075-DRH (S.D. Ill., Doc. 90). The Court further notes that nothing in Plaintiff's correspondence regarding that statement requests that the statement be filed in this action. However, giving Plaintiff the benefit of the doubt, the Court **DIRECTS** the Clerk to file a copy of that trust fund statement (Doc. 90) in the instant action.

**Plaintiff is ADVISED that if he wishes a document to be filed in this case, he must file it separately and with this case number clearly marked on the document.  Plaintiff should not rely on the Clerk to determine in which actions a particular document is to be filed.  In the future, DOCUMENTS FILED IN ANOTHER CASE WILL NOT BE USED TO OBTAIN ANY TYPE OF RELIEF IN THE INSTANT CASE.**

**IT IS SO ORDERED.**

**DATED this 30th day of May, 2006.**

> s/ Michael J. Reagan
> **MICHAEL J. REAGAN**
> **United States District Judge**